**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-7594

JOSEPH MINCEWICZ,

Plaintiff - Appellant,

versus

JOHN ARMSTRONG, Commissioner, State of Con-
necticut; JACK TOKARZ, Deputy Commissioner,
State of Connecticut; MR. SALIDINI, Contract
Monitor, State of Connecticut; RON ANGELONE,
Director, State of Virginia Department of Cor-
rections; EDWARD MORRIS, Deputy Director,
State of Virginia Department of Corrections;
S. K. YOUNG; MR. NAFF, Counselor, State of
Virginia Department of Corrections; MS.
HARRIS; A. P. HARVEY; R. B. PHILLIPS, Deputy
Warden, State of Virginia Department of Cor-
rections; M. JESSEE, Correctional Officer,
State of Virginia Department of Corrections,

Defendants - Appellees.

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-00-822-7)

Submitted: March 6, 2001        Decided: March 20, 2001

Before TRAXLER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Mincewicz, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Mincewicz appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mincewicz v. Armstrong, No. CA-00-822-7 (W.D. Va. Nov. 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED